# Court of Appeals
# of the State of Georgia

ATLANTA, December 30, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0667. EDWARD C. HEATH v. SYNOVUS BANK.**

On October 2, 2013, the trial court issued an order and final judgment granting summary judgment to plaintiff Synovus Bank in its action against Edward Heath. Heath filed a notice of appeal from this order on November 4, 2013. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Heath filed his notice of appeal 33 days after entry of the trial court's order granting Synovus Bank's motion for summary judgment and issuing a final judgment in the case. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/30/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*